UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE D. COUGHLIN,<br><br>                Plaintiff,<br><br>      v.<br><br>DEBRA DENHAM,<br><br>                Defendant. | No. 2:17-CV-0113-SMJ<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS SUIT** |

Before the Court, without oral argument, is Plaintiff Jesse D. Coughlin's Motion to Dismiss Suit, ECF No. 8. Through this motion, Plaintiff seeks an order from this Court dismissing the above captioned matter. Although the Defendant has not stated her position with respect to the motion, the Plaintiff indicated that he believes the motion will be unopposed. *Id.* The Defendant has not answered, filed counterclaims, or otherwise responded to Plaintiff's complaint. However, the United States Attorney's Office has entered an appearance as an interested party. ECF No. 6.

Having reviewed the pleadings and the file in this matter, the Court is fully informed and pursuant to Federal Rule of Civil Procedure 41(a)(2) **GRANTS** the motion.

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss Suit, **ECF No. 8**, is **GRANTED.**

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and pro se Plaintiff.

**DATED** this 10th day of May 2017.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2